JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR TORREZ, fka SAL TORREZ, | Case No. CV 10-2553 PA (DTBx) |
| Plaintiff | **JUDGMENT** |
| vs. | |
| AURORA LOAN SERVICES, LLC, | |
| Defendants. | |

In accordance with the Court's June 7, 2010 order granting defendant Aurora Loan Services, LLC's ("Defendant's") motion to dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Salvador Torrez, fka Sal Torrez ("Plaintiff") take nothing and Defendant shall have judgment entered in its favor on all of Plaintiff's claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall recover its costs of suit.

Dated: June 10, 2010    _____

                             PERCY ANDERSON
                             UNITED STATES DISTRICT JUDGE